507 A.2d 368

S.N.T. INDUSTRIES, INC., a corporation, and Stephen P. Stavros and Tula Stavros

v.

Clifford T. GEANOPULOS and Thomas Geanopulos, individuals, The Doggery, Inc., a corporation and Nicholas Geanopulos, Petitioners.

Supreme Court of Pennsylvania.

March 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 22 W.D. Appeal Docket 1986.